UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR, | Case No. 2:20-cv-01962-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Petitioner Donald Taylor has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. On pages 1 and 136, he requests appointment of counsel. The court agrees with Taylor that he presents issues with complexity that would benefit from the appointment of counsel. However, the court does not know if Taylor is financially eligible for the appointment of counsel, because he paid the $5.00 filing fee at the commencement of this action and did not submit an application to proceed in forma pauperis. See 18 U.S.C. § 3006A(a)(2)(B). Taylor will need to demonstrate financial eligibility by filing an application to proceed in forma pauperis before the court can appoint him counsel.

IT THEREFORE IS ORDERED that the clerk of the court send petitioner an application to proceed in forma pauperis form for incarcerated litigants.

IT FURTHER IS ORDERED that that petitioner will have 45 days from the date of entry of this order to file an application to proceed in forma pauperis, accompanied by a statement of his inmate account and a financial certificate signed by the appropriate prison official.

DATED: December 4, 2020

_____
GLORIA M. NAVARRO
United States District Judge