UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR,<br><br>          Petitioner,<br><br>   v.<br><br>DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>          Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**ORDER** |

Petitioner Donald Taylor has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Previously, the court directed Taylor to file an application to proceed in forma pauperis to determine whether he is eligible financially for appointment of counsel. ECF No. 3. Taylor has filed that application. ECF No. 4. The court finds that he is unable to afford counsel. See 18 U.S.C. § 3006A(a)(2)(B). As the court noted previously, Taylor presents issues of complexity that could benefit from the assistance of counsel. The court will appoint the Federal Public Defender provisionally to represent him.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 4) is **GRANTED**.

IT FURTHER IS ORDERED that the Federal Public Defender is appointed provisionally as counsel for petitioner. The Federal Public Defender will have 30 days from the date of entry of

this order either to undertake representation of petitioner or to indicate to the court the office's inability to represent petitioner.  If the Federal Public Defender is unable to represent petitioner, then the court will appoint alternate counsel, subject again to establishment of financial eligibility.  The court will set a deadline for filing of an amended petition or a motion seeking other relief after counsel has appeared.  The court does not signify any implied finding of tolling during any time period established or any extension granted.  Petitioner always remains responsible for calculating the limitation period of 28 U.S.C. § 2244(d)(1) and timely presenting claims.  The court makes no representation that the petition, any amendments to the petition, and any claims in the petition or amendments are not subject to dismissal as untimely.  See Sossa v. Diaz, 729 F.3d 1225, 1235 (9th Cir. 2013).

IT FURTHER IS ORDERED that the clerk add Aaron Ford, Attorney General for the State of Nevada, as counsel for respondents.

IT FURTHER IS ORDERED that respondents' counsel must enter a notice of appearance within twenty-one (21) days of entry of this order, but no further response will be required from respondents until further order of the court.

IT FURTHER IS ORDERED that the clerk provide copies of this order and all prior filings to both the Attorney General and the Federal Public Defender in a manner consistent with the clerk's current practice, such as regeneration of notices of electronic filing.

IT FURTHER IS ORDERED that, notwithstanding Local Rule LR IC 2-2(g), paper copies of any electronically filed exhibits need not be provided to chambers or to the staff attorney, unless later directed by the court.

DATED: December 14, 2020

_____
GLORIA M. NAVARRO
United States District Judge