UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR,<br><br>        Petitioner,<br><br>   v.<br><br>DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**ORDER** |

Petitioner having filed an unopposed motion to extend time (first request) (ECF No. 11), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time (first request) (ECF No. 11) is **GRANTED**. Petitioner will have up to and including October 13, 2021, to file an amended petition for a writ of habeas corpus.

DATED: May 14, 2021

GLORIA M. NAVARRO
United States District Judge