**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD TAYLOR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**ORDER** |

　　　Petitioner has filed motion for leave to file second amended petition for a writ of habeas corpus. ECF No. 18. Respondents do not oppose the motion. ECF No. 19. The court finds that good cause exists to grant the motion.

　　　IT THEREFORE IS ORDERED that petitioner's motion for leave to file second amended petition for a writ of habeas corpus (ECF No. 18) is **GRANTED**. Petitioner must file the second amended petition and its exhibits within 7 days of the date of entry of this order.

　　　IT FURTHER IS ORDERED that respondents need not respond to the first amended petition (ECF No. 14).

///

///

///

///

IT FURTHER IS ORDERED that the briefing schedule of the court's order of January 13, 2021 (ECF No. 10) will apply following the filing of the second amended petition.

DATED: November 19, 2021

_____
GLORIA M. NAVARRO
United States District Judge