**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD TAYLOR, | Case No. 2:20-cv-01962-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 26), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 26) is **GRANTED**.  Respondents will have up to and including April 22, 2022, to file a response to the second amended petition (ECF No. 21).

DATED: March 29, 2022

GLORIA M. NAVARRO
United States District Judge

1