# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR,<br><br>                    Petitioner,<br><br>     v.<br><br>DIRECTOR – NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                    Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed third Motion for Extension of Time (ECF No. 28) is GRANTED. Respondents have until May 23, 2022, to answer or otherwise respond to the second amended petition for writ of habeas corpus.

DATED: May 12, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE