# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR,<br><br>                            Petitioner,<br>v.<br><br>DIRECTOR – NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                            Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed fourth Motion for Extension of Time (ECF No. 30) is GRANTED.  Respondents have until June 22, 2022, to answer or otherwise respond to the second amended petition for writ of habeas corpus.

DATED: June 3, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1