# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR,<br><br>       Petitioner,<br><br>v.<br><br>DIRECTOR – NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>       Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**ORDER** |

  Respondents seek an extension of time to file their response to the second amended petition. (ECF Nos. 49, 50.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motions.

  It is therefore ordered that Respondents' unopposed fifth Motion to Extend Time (ECF No. 49) is granted *nunc pro tunc*.

  It is further ordered that Respondents' sixth Motion to Extend Time (ECF No. 50) is granted. Respondents have until July 15, 2022, to file their response to the second amended petition.

DATED: July 15, 2022

                      _____
                      GLORIA M. NAVARRO
                      UNITED STATES DISTRICT JUDGE