# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DIRECTOR—NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**ORDER** |

　　　Petitioner moves for extensions of time to file an opposition to the motion to dismiss ("motions"). (ECF Nos. 53 and 54.) The Court finds the requests are made in good faith and not solely for purpose of delay, and therefore, good cause exists to grant the motions.

　　　It is therefore ordered that Petitioner's Unopposed Motion to Extend Time to File Opposition to Motion to Dismiss (First Request) (ECF No. 53) is granted *nunc pro tunc.*

　　　It is further ordered that Petitioner's Motion to Extend Time to file Opposition to Motion to Dismiss (Second Request) (ECF No. 54) is granted. Petitioner has until September 30, 2022, to file an opposition to the motion to dismiss.

　　　DATED: September 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE