# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR, | Case No. 2:20-cv-01962-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR—NEVADA DEPARTMENT | |
| OF CORRECTIONS, et al., | |
| Respondents. | |

Petitioner has filed an Unopposed Motion to Extend Time to file Opposition to Motion to Dismiss (Third Request) (ECF No. 56) ("Motion"). The Court finds the request is made in good faith and not solely for purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's Motion (ECF No. 56) is granted. Petitioner has until October 31, 2022, to file an opposition to the motion to dismiss.

DATED: October 3, 2022

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE