**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD TAYLOR, | Case No. 2:20-cv-01962-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR—NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

In this habeas action, Respondents filed a motion for enlargement of time (first request) (ECF No. 64) to file an opposition to the motion to stay this action. Although Respondents requested a deadline of November 21, 2022, to file their opposition, they filed an opposition (ECF No. 65) on November 22, 2022. Petitioner filed an unopposed motion to extend time to file a reply in support of the motion to stay (ECF No. 66). Petitioner did not object to Respondents' motion for enlargement of time to file an opposition to the motion for stay or the filing of the opposition after the requested November 21, 2022, deadline. (ECF No. 66 at 2.) The Court finds the requests are in good faith and not solely for purpose of delay, and therefore, good cause exists to grant the motions and consider Respondents' opposition to the motion to stay timely.

It is therefore ordered that Respondents' motion (ECF No. 64) is granted *nunc pro tunc*.

It is further ordered that Respondents' opposition to the motion for stay (ECF No. 65) is timely filed.

It is further ordered that Petitioner's unopposed motion for extension of time to file a reply in support of the motion to stay (first request) (ECF No. 66) is granted. Petitioner has until December 28, 2022, to file a reply in support of the motion to stay this action.

DATED: November 29, 2022

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE