# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR,<br><br>                  Petitioner,<br><br>v.<br><br>DIRECTOR—NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                  Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**ORDER** |

Good cause appearing, **IT IS HEREBY ORDERED** that Respondents' unopposed motion for enlargement of time to file a reply in support of the motion to dismiss the amended petition for writ of habeas corpus (second request) **(ECF No. 68) is GRANTED**. Respondents have until January 23, 2023, to file a reply in support of the motion to dismiss.

DATED: December 27, 2022

                                                GLORIA M. NAVARRO
                                                UNITED STATES DISTRICT JUDGE