# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR, | Case No. 2:20-cv-01962-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DIRECTOR—NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner Donald Taylor's unopposed motion to extend time to file a reply in support of his motion to stay this action (second request) **(ECF No. 69) is GRANTED**. Taylor has until January 27, 2023, to file a reply in support of his motion to stay this action.

DATED: December 29, 2022

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE