# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR,<br><br>  Petitioner,<br><br>v.<br><br>DIRECTOR – NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**ORDER** |

Petitioner seeks an extension of time to file his reply in support of his Motion to Stay. (ECF No. 73.)  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's third Motion to Extend Time (ECF No. 73) is granted *nunc pro tunc*.  Petitioner has until January 30, 2023, to file his reply.

DATED: February 6, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1