# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR,<br><br>　　　　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**ORDER** |

　　　This habeas action is brought by Petitioner Donald Taylor under 22 U.S.C. § 2254. In February 2023, the Court granted Taylor's motion to stay case pending exhaustion of Grounds 1 and 2 of the second amended Petition. ECF No. 77. In June 2024, the state appellate court issued remittitur. Taylor now moves to reopen these federal habeas proceedings and the respondents do not oppose. ECF Nos. 78, 81.

**IT IS THEREFORE ORDERED:**

1. Petitioner Donald Taylor Motion to Reopen (ECF No. 78) is GRANTED. As the stay is lifted by this Order, the Clerk of the Court will reopen the file in this action.

2. The respondents will have 60 days from the date of entry of this Order to answer the second amended Petition (ECF No. 21).

3. Taylor will have 60 days following service of the Answer to file and serve a Reply. If any motion is filed, the parties will brief the motion in accordance with Rules 7-2 and 7-3 of the Local Rules of Practice.

4. In any Answer filed on the merits, the respondents must specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

5. Any additional state court record and related exhibits must be filed in accordance with LR IA 10-3, LR IC 2-2, and LSR 3-3 and include a separate index identifying each additional exhibit by number or letter. The index must be filed in CM/ECF's

document upload screen as the base document to receive the base docket number (*e.g.*, ECF No. 10). Each exhibit will then be filed as "attachments" to the base document—the index—to receive a sequenced sub-docket number (*e.g.*, Exhibit A (ECF No. 10-1), Exhibit B (ECF No. 10-2), Exhibit C (ECF No. 10-3), and so forth). If the exhibits will span more than one filing, the base document in each successive filing must be either a copy of the index or volume cover page. *See* LR IC 2-2(a)(3)(A).

6. Notwithstanding LR IC 2-2(g), paper copies of any electronically filed exhibits—for this case—*need not* be provided to chambers or the staff attorney, unless later directed by the court.

DATED:   September 11, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE