# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DONALD TAYLOR,

                                    Petitioner,

        v.

BRIAN WILLIAMS, et al.,

                                    Respondents.

Case No. 2:20-cv-01962-GMN-DJA

**ORDER**

Respondents filed a Motion for Enlargement of Time to File Response to Opposition to Renewed Motion to Dismiss (First Request) ("Motion" (ECF No. 89)).  Petitioner did not file an opposition to the motion and the time to do so has expired.  The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' Motion for Enlargement of Time to File Response to Opposition to Renewed Motion to Dismiss (First Request) **[ECF No. 89] is granted.**  Respondents have until February 25, 2025, to file their response to the opposition to the renewed motion to dismiss.

DATED:  December 18, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE