# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR, | Case No. 2:20-cv-01962-GMN-DJA |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

In this habeas action, Respondents seek an enlargement of time to file a reply in support of the renewed motion to dismiss the second-amended petition (ECF No. 91). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' Motion for Enlargement of Time to File Reply in Support of Renewed Motion to Dismiss (Second Request) **[ECF No. 91] is granted.** Respondents have until March 27, 2025, to file their reply.

DATED: February 26, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE