# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD TAYLOR, | Case No. 2:20-cv-01962-GMN-DJA |
| Petitioner, | |
| v. | **ORDER** |
| DIRECTOR – NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Respondents seek an extension of time to file their Answer to the Amended Petition. ECF Nos 97, 98.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' Motions.

It is therefore ordered that Respondents' first unopposed Motion to Extend Time (ECF No. 97) is granted *nunc pro tunc*.

It is further ordered that Respondents' second Motion to Extend Time (ECF No. 98) is granted.  Respondents have until January 2, 2026, to file their Answer.

DATED:   December 4, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE