**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONALD TAYLOR,

Petitioner,

v.

DIRECTOR – NEVADA DEPARTMENT OF CORRECTIONS, et al.,

Respondents.

Case No. 2:20-cv-01962-GMN-DJA

**ORDER**

Respondents seek an extension of time to file their Answer to the Amended Petition. ECF Nos. 100, 101.  In addition, Petitioner Donald Taylor seeks an extension of time to file his Reply. ECF Nos. 106, 107. The Court finds that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motions.

It is therefore ordered that Respondents' third and fourth unopposed Motions to Extend Time (ECF Nos. 100, 101) are granted *nunc pro tunc*.

It is further ordered that Petitioner's Motion to Extend (ECF No. 106) is denied as moot.[1]

It is further ordered that Petitioner's first unopposed Motion to Extend Time (ECF No. 107) is granted.  Taylor has until May 6, 2026, to file his Reply.

DATED:   April 8, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed a corrected version of his motion to extend at ECF No. 107.

1