**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD TAYLOR,<br><br>                         Petitioner,<br><br>   v.<br><br>DIRECTOR – NEVADA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>                       Respondents. | Case No. 2:20-cv-01962-GMN-DJA<br><br>**AMENDED ORDER** |

On April 8, 2026, the Court entered an Order granting Petitioner Donald Taylor's first unopposed Motion to Extend Time to file his Reply. ECF No. 108.  The Court, however, instructed Taylor to file his Reply on May 6, 2026, in error.  In his Motion, Taylor requested an extension until May 26, 2026. ECF No. 107.  The Court now amends its Order.  Taylor has until May 26, 2026, to file his Reply.

It is therefore ordered that Taylor has until May 26, 2026, to file his Reply.

DATED:    May 6, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1