**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD TAYLOR, | Case No. 2:20-cv-01962-GMN-DJA |
| Petitioner, | |
| v. | **ORDER** |
| DIRECTOR – NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Petitioner Donald Taylor seeks an extension of time to file his Reply. ECF Nos. 109, 111. The Court finds that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motions.

It is therefore ordered that Petitioner's unopposed Motions to Extend Time (ECF Nos. 109, 111) are granted.  Taylor has until July 10, 2026, to file his Reply.

DATED:    June 1, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1