**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONALD TAYLOR,

Petitioner,

v.

DIRECTOR – NEVADA DEPARTMENT OF CORRECTIONS, et al.,

Respondents.

Case No. 2:20-cv-01962-GMN-DJA

**ORDER**

Petitioner Donald Taylor seeks an extension of time to file his Reply. ECF Nos. 113, 114. The Court finds that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motions.

It is therefore ordered that Petitioner's unopposed Motions to Extend Time (ECF Nos. 113, 114) are granted. Taylor has until October 9, 2026, to file his Reply.

DATED: September 23, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE